UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHERINE HEINZ,

   Plaintiff,

v.

ZENRESOLVE, LLC,

   Defendant.

Case No. 1:21-cv-06094

## DEFAULT JUDGMENT

The Defendant, ZENRESOLVE, LLC,, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 5, 2022 and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff, KATHERINE HEINZ, and against Defendant, ZENRESOLVE, LLC in amount of:

| | | |
|---|---|---|
| A. | Statutory damages: | $1,000.00 |
| B. | Costs of this action: | $477.00 |
| C. | Attorneys' fees: | $2,868.75 |

This judgment will be subject to post-judgment interest on amount awarded.

SO ORDERED THIS 28th day of January 2022.

_____
SHARON JOHNSON COLEMAN
UNITED STATES DISTRICT JUDGE